UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
**IN ADMIRALTY**

Case No. 08-61277-CIV-DIMITROULEAS/SNOW

TRIDENT INTERNATIONAL LIMITED,

    Plaintiff,

v.

IMPERIAL MAJESTY CRUISE LINE, LLC.,
*in personam*, and CELEBRATION WORLD CRUISES, INC.,
*in personam*, and M/V "REGAL EMPRESS", *in rem*,

    Defendants.
_____ /

## **ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Defendant's Bill of Costs [DE-72], Plaintiff's Bill of Costs [DE-74], and the Report and Recommendation [DE-113] dated January 19, 2011. The Court has conducted a *de novo* review of the Report and Recommendation, Plaintiff's Objections [DE-117], Defendants' Objections [DE-118], the record herein, and is otherwise fully advised in the premises.

The Court finds the parties' Objections to be without merit and agrees with the Magistrate Judge's conclusions. The parties' Objections indicate that the Magistrate Judge transposed the numbers submitted by the parties when she indicated in the Report that Defendants sought costs in the amount of $11,479.80 and that Plaintiff sought costs in the amount of $120,860.97. Importantly, the Court finds that this fact did not serve as the basis for the Magistrate Judge's conclusions. In her analysis, the Magistrate Judge specifically relied upon the fact that Plaintiff was awarded damages in the amount of $63,000.00 and, as such, correctly concluded that

Plaintiff was the prevailing party.  Nonetheless, the Magistrate Judge continued by pointing out that Plaintiff "failed to prove any of its asserted legal claims and came woefully short of the more than $2 million in damages it claimed" and noted that "the Court could have denied any recovery to the plaintiff based on its failure to establish all the elements of unjust enrichment, as alleged in Count VI." [DE-113, pgs. 3-4].  Based upon these facts, the Magistrate Judge appropriately concluded that "[u]nder these circumstances, an award of costs to the plaintiff is not justified."

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE-113] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Bill of Costs [DE-72] is hereby **DENIED**;

3. Plaintiff's Bill of Costs [DE-74] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of March, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow